**Order entered July 3, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00640-CR

**QUINCY NATHANIEL JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F16-45744-Y**

## ORDER

We **REINSTATE** the appeal.

In response to the Court's June 6, 2019 order, the trial court has filed findings of fact and conclusions of law on appellant's motion to suppress. Accordingly, we **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.


/s/     LANA MYERS
        JUSTICE